**No. 10-6452. Bradford Metcalf, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 432, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8229, 

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6453. Luis Razo, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 432, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8285.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6461. Joseph L. Rainey, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 432, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8162, 

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 605 F.3d 581.

**No. 10-6464. Benjamin Rodriguez-Aponte, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 432, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8206.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-6466. Harold John Holmes, Jr., Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 433, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8308, 

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6468. Michael Malgoza, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 433, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8188.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 380 Fed. Appx. 874.

**No. 10-6469. Joseph Reid, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 433, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8265.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6475. Brian Rico Centeno, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 433, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8250.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 381 Fed. Appx. 566.